AWL:awl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61780-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VARIOUS REAL PROPERTIES PURCHASED
BY OR WITH OR ON BEHALF OF SCOTT W.
ROTHSTEIN, ETC.,

        Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff, United States of America, pursuant to F.R.Civ.P. 41(a)(1), dismisses, without prejudice, certain defendants from the instant action. Dismissal is being done with respect to the following defendants:

Defendants (1) through and including (6);

Defendant (8);

Real Properties ("RP"):  (RP9) through and including (RP21);

Vehicles and Vessels ("VV"): (VV1) through and including (VV11);

Vehicles and Vessels ("VV"): (VV17) through and including (VV24);

Tangibles ("T"): (T1) through and including (T9);

Bank Accounts ("BA"): (BA1) through and including (BA8);

Business Interests ("BI"): (BI1) through and including (BI24) and all its subparts; and

Contributions ("C"): (C1) through and including (C9).[1]

Rule 41(a)(1) states that a plaintiff may voluntarily dismiss by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. No answers or motions for summary judgment have yet been filed in the instant case. The only filing, by an entity other than the United States, is a claim filed by VRLP1, LLC as to Defendant (5), the real property and appurtenances located at 29 Isla Bahia Drive [DE #17]. The dismissal of that defendant moots out the pending claim thereto. *See In re Mathews*, 395 F.3d 477, 480 (4th Cir 2005) (government's dismissal of its forfeiture complaint moots out all pending claims).

It should also be noted that the defendants being dismissed from this action, are named for forfeiture in the criminal case of the *United States v. Scott W. Rothstein*, Case No. 09-60331-CR-COHN and are subject to the Court's Protective Order [DE #13, with modified attachment at DE #16]. Presuming that claimants, such as VRLP1, LLC, are secured, they will have the opportunity to present their claims, as to the dismissed *in rem* defendants, in the ancillary proceedings of 09-60331-CR-COHN.

Respectfully submitted,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By: /s/Alison W. Lehr
ALISON W. LEHR
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 444537
99 N.E. 4th Street - 7th Floor
Miami, Florida   33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

---

[1] After the voluntary dismissal without prejudice, the following defendants remain: Defendant (7); (VV12) through and including (VV16); and (VV25) through and including (VV27).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                              s/ Alison W. Lehr
                                                              ALISON W. LEHR
                                                              Assistant United States Attorney